IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
KATHLEEN STEWART,                )
                                 )   2:10-cv-01648-GEB-KJN
               Plaintiff,        )
                                 )
          v.                     )   ORDER
                                 )
CINTAS CORPORATION NO. 3,        )
                                 )
               Defendant.        )
_____)
```

Pending are Defendant's motion for attorney's fees and bill of costs, both of which are premised on the entry of judgment on October 11, 2011. (ECF No. 39.) However, since the October 11, 2011 judgment was vacated on January 5, 2011, ECF No. 49, Defendant's motion for attorney's fees and the bill of costs are denied.

Dated:  January 9, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge